IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMIN AZIZI, ET AL., | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | CIVIL NO. 4:CV-16-122 |
| | : | |
| JEH C. JOHNSON, ET AL., | : | (Judge Brann) |
| | : | |
| Defendants | : | |

## **ORDER**

July 26, 2016

**NOW, IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' unopposed notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1) is accepted.

2. Plaintiffs' pending action is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge

1